# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **GreatGigz Solutions, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**Costco Wholesale Corporation,**<br><br>Defendant | Case No. 6:21-cv-00807-ADA |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff GreatGigz Solutions, LLC and Defendant Costco Wholesale Corporation hereby move for an order dismissing all claims asserted by Plaintiff against Defendant in this action WITH PREJUDICE and all counterclaims asserted by Defendant against Plaintiff in this action WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), and according to the terms of an Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ René A. Vazquez*<br>René A. Vazquez<br>Virginia Bar No. 41988<br>rvazquez@ghiplaw.com<br>Randall T. Garteiser<br>Texas Bar No. 24038912<br>rgarteiser@ghiplaw.com<br>M. Scott Fuller<br>Texas Bar No. 24036607<br>sfuller@ghiplaw.com<br><br>**GARTEISER HONEA PLLC** | */s/ Lance E. Wyatt*<br>Neil J. McNabnay<br>Texas Bar No. 24002583<br>mcnabnay@fr.com<br>Ricardo J. Bonilla<br>Texas Bar No. 24082704<br>rbonilla@fr.com<br>Lance E. Wyatt<br>Texas Bar No. 24093397<br>wyatt@fr.com<br>Adil A. Shaikh<br>Texas Bar No. 24117039 |

119 W. Ferguson Street
Tyler, Texas 75702
Tel/fax: (888) 908-4400

*Attorneys for Plaintiff*
*GreatGigz Solutions, LLC*

shaikh@fr.com

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Phone: (214) 747-5070
Facsimile: (214) 747-2091

*Attorneys for Defendant*
*Costco Wholesale Corporation*